ASF/js/order-dismissal.wpd
6/17/03

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This document relates to: | ) | |
| EDNA RUTH DULOCK, Plaintiff, | ) | |
| vs. | ) | Case No. CIV-02-177-MJD |
| BAYER CORPORATION, AND GLAXOSMITHKLINE INC., Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

MAR 16 2004

Michael J. Davis

UNITED STATES DISTRICT JUDGE